The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIXXFIVE CONCEPTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GETTY IMAGES, INC., GETTY IMAGES (US), INC. and LICENSE COMPLIANCE SERVICES, INC.,<br><br>　　　　　Defendants. | No. 2:19-cv-00386-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE |

THIS MATTER comes before the Court on the Stipulated Motion to Extend Deadline to Respond to Complaint. Having reviewed the stipulation by the parties, and being fully advised, the Court hereby GRANTS the Stipulated Motion, as follows:

IT IS HEREBY ORDERED as follows:

The deadline for Defendants to answer or otherwise respond to the Complaint is extended to June 10, 2019.

[PROPOSED] ORDER GRANTING STIP.
MOTION TO EXTEND DEADLINE
No. 2:19-cv-00386-RSL – Page 1



Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

DATED this 8th day of May, 2019.

*(signature)*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

**YARMUTH LLP**

*/s/ Scott T. Wilsdon*
Scott T. Wilsdon, WSBA No. 20608
Ralph H. Palumbo, WSBA No. 4751
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: 206-516-3800
Facsimile: 206-516-3888
Email: wilsdon@yarmuth.com
       rpalumbo@yarmuth.com
       jjamnback@yarmuth.com

*Attorneys for Defendants Getty Images, Inc., Getty Images (US), Inc. and License Compliance Services, Inc.*

**LAW OFFICES OF EDWARD H. MOORE, P.C.**

*/s/ Edward H. Moore*
Edward H. Moore, WSBA # 41584
3600 15th Ave. W., Ste. 300
Seattle, WA 98119-4204
Telephone: 206-826-8214
Email: emoore@ehmpc.com

*Attorneys for Plaintiff CixxFive Concepts, LLC*

[PROPOSED] ORDER GRANTING STIP.
MOTION TO EXTEND DEADLINE
No. 2:19-cv-00386-RSL – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888