The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIXXFIVE CONCEPTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY IMAGES, INC., GETTY IMAGES (US), INC. and LICENSE COMPLIANCE SERVICES, INC.,<br><br>Defendants. | No. 2:19-cv-00386-RSL<br><br>**STIPULATED NOTICE TO WITHDRAW PENDING MOTIONS TO COMPEL ARBITRATION** |

### STIPULATED NOTICE

Plaintiff CixxFive Concepts, LLC and defendants Getty Images, Inc., Getty Images (US), Inc. and License Compliance Services, Inc., by and through their counsel of record, pursuant to Local Rule 7(l), hereby stipulate as follows:

(1) On June 10, 2019, defendant Getty Images (US), Inc. filed a Motion to Compel Arbitration, Dismiss Class Claims and Stay Proceedings (Dkt. # 32). The motion is noted on the Court's calendar for July 12, 2019. No opposition papers have been filed.

STIPULATED NOTICE TO
WITHDRAW PENDING MOTIONS
No. 2:19-cv-00386-RSL – Page 1



Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

(2)     On June 10, 2019, defendants Getty Images, Inc. and License Compliance Services, Inc. jointly filed a Motion to Compel Arbitration, Dismiss Class Claims and Stay Proceedings (Dkt. # 34). The motion is noted on the Court's calendar for July 12, 2019. No opposition papers have been filed.

(3)     On July 1, 2019, plaintiff CixxFive Concepts, LLC filed Plaintiff's First Amended Complaint (Dkt. # 37). The First Amended Complaint, *inter alia*, adds allegations relating to arbitration rights under the parties' contracts and changes the proposed class relative to those rights.

(4)     In consideration of the newly filed First Amended Complaint, and to avoid potentially unnecessary motion practice before this Court, plaintiff and defendants stipulate as follows:

    a.     Defendants agree to withdraw their Motions to Compel Arbitration (Dkt. # 32 and # 34). The parties agree that the withdrawal is without prejudice.

    b.     Plaintiff agrees that defendants shall have until July 25, 2019 to file (i) a new motion or motions seeking to compel arbitration of some or all of the claims in the First Amended Complaint, or (ii) other responsive pleading to the First Amended Complaint.

(5)     The parties agree that defendants' withdrawal of the pending Motions to Compel Arbitration shall not be deemed evidence of a waiver of any right by defendants, including but not limited to the right to compel arbitration of the claims in this action.

(6)     Except as set forth herein, all other dates set by the Court shall remain the same.

(7)     A proposed order is submitted herewith.

STIPULATED NOTICE TO
WITHDRAW PENDING MOTIONS
No. 2:19-cv-00386-RSL – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

DATED: July 3, 2019.

| STECKLER GRESHAM COCHRAN PLLC | YARMUTH LLP |
|---|---|
| /s/ Bruce Steckler<br>R. Dean Gresham (*pro hac vice*)<br>Bruce Steckler (*pro hac vice*)<br>Stuart L. Cochran (*pro hac vice*)<br>L. Kirstine Rogers (*pro hac vice*)<br>Braden M. Wayne (*pro hac vice*)<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Telephone: 972-387-4040<br>Facsimile: 972-387-4041<br>dean@steckler.com<br>bruce@stecklerlaw.com<br>stuart@stecklerlaw.com<br>krogers@stecklerlaw.com<br>braden@stecklerlaw.com<br><br>*Attorneys for Plaintiff CixxFive Concepts, LLC* | /s/ Scott T. Wilsdon<br>Scott T. Wilsdon, WSBA No. 20608<br>Ralph H. Palumbo, WSBA No. 4751<br>John H. Jamnback, WSBA No. 29872<br>1420 Fifth Avenue, Suite 1400<br>Seattle, Washington 98101<br>Telephone: 206-516-3800<br>Facsimile: 206-516-3888<br>Email: wilsdon@yarmuth.com<br>rpalumbo@yarmuth.com<br>jjamnback@yarmuth.com<br><br>*Attorneys for Defendants Getty Images, Inc., Getty Images (US), Inc. and License Compliance Services, Inc.* |

STIPULATED NOTICE TO
WITHDRAW PENDING MOTIONS
No. 2:19-cv-00386-RSL – Page 3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | IT IS SO ORDERED. |
| 4 | DATED this 15th day of July, 2019. |
| 5 | |
| 6 | *[signature]* |
| 7 | THE HONORABLE ROBERT S. LASNIK<br>UNITED STATES DISTRICT JUDGE |

STIPULATED NOTICE TO
WITHDRAW PENDING MOTIONS
No. 2:19-cv-00386-RSL – Page 4

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888