THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CIXXFIVE CONCEPTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GETTY IMAGES, INC., GETTY IMAGES (US), INC. and LICENSE COMPLIANCE SERVICES, INC.,<br><br>　　　　　　Defendants. | No. 2:19-cv-00386-RSL<br><br>**CIXXFIVE CONCEPTS, LLC'S NOTICE OF CHANGE OF FIRM OF ATTORNEY MICHAEL R. STEINMARK, AND UNOPPOSED MOTION TO WITHDRAW SETTLEPOU AS COUNSEL OF RECORD FOR CIXXFIVE** |

On this day came on to be considered the above and foregoing Motion to Withdraw SettlePou as Counsel of record for Plaintiff. After consideration of the motion, it is hereby GRANTED, and SettlePou is hereby withdrawn as counsel of record and is relieved of their obligations and duties to this court as counsel for the Plaintiffs in this case.

Entered this __1st__ day of __April__, 2020.

*/s/ Robert S. Lasnik*
_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

---

| | |
|---|---|
| **CIXXFIVE CONCEPTS, LLC'S NOTICE OF CHANGE OF FIRM OF ATTORNEY MICHAEL R. STEINMARK, AND UNOPPOSED MOTION TO WITHDRAW SETTLEPOU** | STECKLER GRESHAM COCHRAN PLLC<br>12720 HILLCREST RD., SUITE 1045<br>DALLAS, TX 75230<br>(972) 387-4040 |

Presented by:

*/s/ Michael R. Steinmark*
Michael R. Steinmark, Admitted PHV (Doc. 13)
Texas Bar I.D. 24051384
michael@sgc.law
**STECKLER GRESHAM COCHRAN PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041

Attorney for Plaintiff

CIXXFIVE CONCEPTS, LLC'S NOTICE OF CHANGE OF FIRM OF ATTORNEY MICHAEL R. STEINMARK, AND UNOPPOSED MOTION TO WITHDRAW SETTLEPOU

STECKLER GRESHAM COCHRAN PLLC
12720 HILLCREST RD., SUITE 1045
DALLAS, TX 75230
(972) 387-4040