United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CIXXFIVE CONCEPTS, LLC, | JUDGMENT IN A CIVIL CASE |
| v. | |
| GETTY IMAGES, INC., et al. | CASE NUMBER: C19-386RSL |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's claims are dismissed.


July 7, 2020                              William M. McCool
                                                    Clerk


                              /s/Michael Williams
                              By, Deputy Clerk