The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIXXFIVE CONCEPTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GETTY IMAGES, INC., GETTY IMAGES (US), INC. and LICENSE COMPLIANCE SERVICES, INC.,<br><br>　　　　　　Defendants. | No. 2:19-cv-00386-RSL<br><br>**STIPULATED MOTION TO EXTEND TIME (RE: ATTORNEY'S FEES AND COSTS)** |

　　　　Plaintiff CixxFive Concepts, LLC ("CixxFive") and Defendants Getty Images, Inc., Getty Images (US), Inc. and License Compliance Services, Inc. (collectively, "Defendants") (CixxFive and Defendants, collectively, the "Parties"), by and through their counsel of record, pursuant to Local Civil Rule 7(j), hereby stipulate as follows:

　　　　(1)　On July 7, 2020, the Clerk of the Court entered a Judgment in this action. Judgment in a Civil Case (Dkt. # 62). Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), Defendants' motion for attorney's fees is due by July 21, 2020. Pursuant to Local Civil Rule 54(d)(1), Defendants' motion to tax costs is due by July 28, 2020.

STIPULATED MOTION TO EXTEND TIME
No. 2:19-cv-00386-RSL – Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

(2) The Parties are engaged in discussions that could lead to a resolution of this action.

(3) In consideration of those discussions, and to avoid potentially unnecessary motion practice before this Court, the Parties respectfully request that the time for Defendants' motions for fees and costs be extended to August 4, 2020.

(4) A proposed order is submitted herewith.

DATED: July 16, 2020.

| YARMUTH LLP | STECKLER GRESHAM COCHRAN PLLC |
|---|---|
| */s/ Scott T. Wilsdon* <br> Scott T. Wilsdon, WSBA No. 20608 <br> Ralph H. Palumbo, WSBA No. 4751 <br> John H. Jamnback, WSBA No. 29872 <br> 1420 Fifth Avenue, Suite 1400 <br> Seattle, Washington 98101 <br> Telephone: 206-516-3800 <br> Facsimile: 206-516-3888 <br> Email: wilsdon@yarmuth.com <br> rpalumbo@yarmuth.com <br> jjamnback@yarmuth.com <br><br> *Attorneys for Defendants Getty Images, Inc., Getty Images (US), Inc. and License Compliance Services, Inc.* | */s/ Bruce Steckler* <br> R. Dean Gresham (*pro hac vice*) <br> Bruce Steckler (*pro hac vice*) <br> Stuart L. Cochran (*pro hac vice*) <br> L. Kirstine Rogers (*pro hac vice*) <br> Braden M. Wayne (*pro hac vice*) <br> STECKLER GRESHAM COCHRAN PLLC <br> 12720 Hillcrest Road, Suite 1045 <br> Dallas, TX 75230 <br> Telephone: 972-387-4040 <br> Facsimile: 972-387-4041 <br> Email: dean@steckler.com <br> bruce@stecklerlaw.com <br> stuart@stecklerlaw.com <br> krogers@stecklerlaw.com <br> braden@stecklerlaw.com <br><br> *Attorneys for Plaintiff CixxFive Concepts, LLC* |

STIPULATED MOTION TO EXTEND TIME
No. 2:19-cv-00386-RSL – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of July, 2020.

_____
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME
No. 2:19-cv-00386-RSL – Page 3



1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

750.65 ug161001 7/16/20