The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10   CIXXFIVE CONCEPTS, LLC,

11                          Plaintiff,                No. 2:19-cv-00386-RSL

12          v.                                       **SECOND STIPULATED MOTION
                                                     TO EXTEND TIME**
13   GETTY IMAGES, INC., GETTY
     IMAGES (US), INC. and LICENSE                   NOTE ON MOTION CALENDAR:
14   COMPLIANCE SERVICES, INC.,                      August 3, 2020

15                          Defendants.

16

17

18          Plaintiff CixxFive Concepts, LLC ("CixxFive") and Defendants Getty Images, Inc.,

19   Getty Images (US), Inc. and License Compliance Services, Inc. (collectively, "Defendants")

20   (CixxFive and Defendants, collectively, the "Parties"), by and through their counsel of

21   record, pursuant to Local Civil Rule 7(j), hereby stipulate as follows:

22          (1)     On July 7, 2020, the Clerk of the Court entered a Judgment in

23   this action.  Judgment in a Civil Case (Dkt. # 62).  Pursuant to Federal Rule of

24   Civil Procedure 54(d)(2)(B)(i), Defendants' motion for attorney's fees was

25   due by July 21, 2020.  Pursuant to Local Civil Rule 54(d)(1), Defendants'

26   motion to tax costs was due by July 28, 2020.

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

1      (2)     On July 17, 2020, this Court granted the Parties' Stipulated

2 Motion to Extend Time that reset Defendants' motions deadlines to August 4,

3 2020.  Order (Dkt. # 64).  In support of that joint request, the Parties advised

4 this Court that they were engaged in discussions that could lead to a resolution

5 of this action.

6      (3)     Those discussions have resulted in a settlement in principle

7 between CixxFive and Defendants.  The Parties are working diligently to

8 document their agreement and anticipate executing final settlement papers in

9 the next several days.  In the meantime, Defendants' motions for fees and

10 costs are due by August 4, 2020, and CixxFive's motion to alter or amend the

11 judgment is due by that same date.

12      (4)     In consideration of the Parties' settlement in principle, and to

13 avoid potentially unnecessary motion practice before this Court, the Parties

14 respectfully request that the time for Defendants' motions for fees and costs

15 and CixxFive's motion to alter or amend the judgment be extended from

16 August 4, 2020 to August 7, 2020.

17      (5)     A proposed order is submitted herewith.

18

19      DATED:  August 3, 2020.

20 **YARMUTH LLP**            **STECKLER GRESHAM COCHRAN PLLC**

21

22 */s/ Scott T. Wilsdon*            */s/ Michael R. Steinmark*

23 Scott T. Wilsdon, WSBA No. 20608      R. Dean Gresham (*pro hac vice*)

Ralph H. Palumbo, WSBA No. 4751      Bruce Steckler (*pro hac vice*)

24 John H. Jamnback, WSBA No. 29872     Stuart L. Cochran (*pro hac vice*)

YARMUTH LLP                 L. Kirstine Rogers (*pro hac vice*)

25 1420 Fifth Avenue, Suite 1400        Braden M. Wayne (*pro hac vice*)

Seattle, Washington 98101           Michael R. Steinmark (*pro hav vice*)

26 Telephone:  206-516-3800

Yarmuth LLP

1

Facsimile:  206-516-3888
Email:  wilsdon@yarmuth.com

2

rpalumbo@yarmuth.com
jjamnback@yarmuth.com

3

4

*Attorneys for Defendants Getty Images,*
*Inc., Getty Images (US), Inc. and License*

5

*Compliance Services, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STECKLER GRESHAM COCHRAN
PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
Email:  dean@sgc.law
        bruce@sgc.law
        stuart@sgc.law
        krogers@sgc.law
        braden@sgc.law
        michael@sgc.law

*Attorneys for Plaintiff CixxFive Concepts,*
*LLC*

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

1
2
**ORDER**
3
4      IT IS SO ORDERED.
5
6      Dated this 4th day of August, 2020.
7
8      _____
       Honorable Robert S. Lasnik
9      UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SECOND STIPULATED MOTION
TO EXTEND TIME
No. 2:19-cv-00386-RSL – Page 4



1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

750.65 uh031002 8/3/20